IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY MAGALENGO on behalf of her daughter, A.M., a minor,<br>　　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,<br>　　　　　Defendants | :<br>:  Civil Action No. 2:25-cv-00325<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

To the Clerk:

    Please enter my appearance as counsel representing the Defendant, Colonial School District, in the above-captioned matter.

                        Respectfully submitted:

                        FOX ROTHSCHILD LLP

                        By: _____
                             Michele Mintz, Esquire
                             Attorney I.D. #90640
                             980 Jolly Road, Suite 110
                             P.O. Box 3001
                             Blue Bell, PA 19422-3001
                             (215) 397-2237
                             Fax: (215) 397-0450
                             mmintz@foxrothschild.com

Dated: <u>January 28, 2025</u>

167450053.1