**CERTIFICATE OF SERVICE**

    I, Michele Mintz, Esquire, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon the following:

Devon M. Jacob, Esquire
Jacob Litigation, Inc.
P.O. Box 837
Mechanicsburg, PA 17055-0837
djacob@jacoblitigation.com

*Attorneys for Plaintiff*

Fox Rothschild LLP

By:_____

Dated: January 28, 2025