AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| HOLLY MAGALENGO on behalf of her daughter, A.M., a minor<br>*Plaintiff*<br>v.<br>UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,<br>*Defendant* | Case No. 2:25-cv-00325 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pennsylvania Interscholastic Athletic Association, Inc.                                                                                                            .

Date:   01/30/2025                                                          /s/ Dana W. Chilson
                                                                                            *Attorney's signature*

                                                                                Dana W. Chilson, PA I.D. No. 208718
                                                                                *Printed name and bar number*
                                                                                     McNees Wallace & Nurick LLC
                                                                                              100 Pine Street
                                                                                              P.O. Box 1166
                                                                                       Harrisburg, PA  17108-1166
                                                                                                *Address*

                                                                                     dchilson@mcneeslaw.com
                                                                                            *E-mail address*

                                                                                           (717) 232-8000
                                                                                         *Telephone number*

                                                                                           (717) 237-5300
                                                                                              *FAX number*