## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document as follows:

<u>VIA ECF</u>

Devon M. Jacob, Esquire
Jacob Litigation
P.O. Box 837
Mechanicsburg, PA  17055

<u>VIA FIRST CLASS MAIL</u>

Solomon Radner, Esquire
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI  48334

*Attorneys for Plaintiff*

<u>VIA FIRST CLASS MAIL</u>

United States Department of Education
400 Maryland Avenue, S.W.
Washington, DC  20202

<u>VIA ECF</u>

Michele Jacqueline Mintz, Esquire
Fox Rothschild, LLP
980 Jolly Road
P.O. Box 3001
Suite 110
Blue Bell, PA  19422

*Attorney for Colonial School District*

<u>VIA FIRST CLASS MAIL</u>

Quakertown Community School District
100 Commerce Drive
Quakertown, PA  18951

McNEES WALLACE & NURICK LLC

By _____
Dana W. Chilson
I.D. No 208718
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17101
(717) 232-8000
dchilson@mcneeslaw.com

Date:  January 30, 2025