AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| HOLLY MAGALENGO on behalf of her daugher, A.M., a minor<br>*Plaintiff*<br>v.<br>UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT and COLONIAL SCHOOL DISTRICT, | ) ) ) ) ) ) ) ) Case No. 2:25-cv-00325 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pennsylvania Interscholastic Athletic Association, Inc.

Date: 02/03/2025

*Attorney's signature*

Austin D. Hughey, I.D. No. 326309
*Printed name and bar number*

McNees Wallace & Nurick LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA  17108-1166
*Address*

ahughey@mcneeslaw.com
*E-mail address*

(717) 232-8000
*Telephone number*

(717) 237-5300
*FAX number*