**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day served a copy of the foregoing document as follows:

| VIA ECF | VIA ECF |
|---|---|
| Devon M. Jacob, Esquire<br>Jacob Litigation<br>P.O. Box 837<br>Mechanicsburg, PA  17055 | Michele Jacqueline Mintz, Esquire<br>Fox Rothschild, LLP<br>980 Jolly Road<br>P.O. Box 3001<br>Suite 110<br>Blue Bell, PA  19422 |
| **VIA FIRST CLASS MAIL** | |
| Solomon Radner, Esquire<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road, Suite 375<br>Farmington Hills, MI  48334 | *Attorney for Colonial School District* |
| *Attorneys for Plaintiff* | |
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| United States Department of Education<br>400 Maryland Avenue, S.W.<br>Washington, DC  20202 | Quakertown Community School District<br>100 Commerce Drive<br>Quakertown, PA  18951 |

      McNEES WALLACE & NURICK LLC

By _/s/ Austin D. Hughey_
    Dana W. Chilson
    I.D. No 208718
    Austin D. Hughey
    I.D. No. 326309
    100 Pine Street, P.O. Box 1166
    Harrisburg, PA 17101
    (717) 232-8000
    dchilson@mcneeslaw.com
    ahughey@mcneeslaw.com

Date:  February 3, 2025