# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

25-325

**HOLLY MAGALENGO**

VS

**UNITED STATES DEPARTMENT OF EDUCATION, ET. AL.**

**Acceptance of Service by the United States Attorney**

I ____Desiree Wilkins_____ (print name) hereby accept service on behalf of the United States Attorney (only).   Form can be filed electronically on CM/ECF or emailed to ECF_Documents@paed.uscourts.gov

_[signature]_

**For the United States Attorney (Signature)**

Desiree Wilkins

**Print Name**

2/10/2025

**Date**