IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOLLY MAGALENGO on behalf of her daughter, A. : Civil Action
:
v. :
:
UNITED STATES DEPARTMENT OF : No.: 2:25-CV-00325

ORDER

AND NOW, this 13th day of February 20 25, it is hereby

ORDERED that the application of Solomon Radner_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]    GRANTED.[1]

[ ]    DENIED.

S/ WENDY BEETLESTONE
_____
WENDY BEETLESTONE                , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.