**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing document on all counsel through the Court's ECF filing system.

                                        McNEES WALLACE & NURICK LLC

                                        By _____
                                              Dana W. Chilson
                                              I.D. No 208718
                                              Austin D. Hughey
                                              I.D. No. 326309
                                              100 Pine Street, P.O. Box 1166
                                              Harrisburg, PA 17101
                                              (717) 232-8000
                                              dchilson@mcneeslaw.com
                                              ahughey@mcneeslaw.com

Date: February 25, 2025