UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOLLY MAGALENGO on behalf of her daughter, A.M., a minor,** <br><br> *Plaintiff,* <br><br> **v.** <br><br> **UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,** <br><br> *Defendants.* | **Case No. 2:25-cv-00325** |

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

This Matter having come before the Court on Plaintiff's Motion for Temporary Restraining Order, and the Court being otherwise fully informed,

IT IS HEREBY ORDERED that:

1) All biological males are banned from participation and competition in female sports.

2

2) An evidentiary hearing will take place on a to be determined date.


_____

District Court Judge


DATED: _____