UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

February 25, 2025

**NOTICE OF HEARING:**

RE:   25-cv-325
      MAGALENGO vs. UNITED STATES DEPT. OF EDUCATION, et al.

Dear Counsel:

Please be advised that a Motion Hearing on Plaintiffs Motion for Temporary Restraining Order has been scheduled for **February 28, 2025, at 2:00 p.m.** in Courtroom 10-A, before the Honorable Wendy Beetlestone , United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Very truly yours,

 /s/ Michael Beck
Michael Beck
Deputy Clerk