UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

February 26, 2025

**NOTICE OF HEARING:**

RE:   25-cv-325
      MAGALENGO vs. UNITED STATES DEPT. OF EDUCATION, et al.

Dear Counsel:

Please be advised that a Motion Hearing on Plaintiffs Motion for Temporary Restraining Order has been scheduled for **March 4, 2025, at 2:00 p.m.** in Courtroom 10-A, before the Honorable Wendy Beetlestone, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                            Very truly yours,

                                            /s/ Michael Beck
                                            Michael Beck
                                            Deputy Clerk

X- This hearing has been rescheduled from February 28 , 2025