IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY MAGALENGO on behalf of her daughter, A.M., a minor, :<br>Plaintiff : <br> : <br>v. : <br> : <br>UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT, : <br>Defendants : | Civil Action No. 2:25-cv-00325 |

**ENTRY OF APPEARANCE**

To the Clerk:

    Please enter my appearance as co-counsel representing the Defendant, Colonial School District, in the above-captioned matter.

    Respectfully submitted:

    FOX ROTHSCHILD LLP

By: /s/ Alexis J. Spurlock
    Alexis J. Spurlock, Esquire
    Attorney I.D. #322579
    980 Jolly Road, Suite 110
    P.O. Box 3001
    Blue Bell, PA 19422-3001
    (215) 397-2243
    Fax: (215) 397-0450
    aspurlock@foxrothschild.com

Dated: March 3, 2025

168970462.1

## CERTIFICATE OF SERVICE

  I, Alexis J. Spurlock, Esquire, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon the following:

Solomon Radner, Esquire
The Law Office of Keith Altman
33228 West 12 Mile Road
Suite 375
Farmington Hills, MI 48334
solomonradner@kaltmanlaw.com
*Attorney for Plaintiff*

Devon M. Jacob, Esquire
Jacob Litigation, Inc.
P.O. Box 837
Mechanicsburg, PA 17055-0837
djacob@jacoblitigation.com
*Local counsel for Plaintiff*

Dana W. Chilson, Esquire
Austin Hughey, Esquire
McNees Wallace & Nurick LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
dchilson@mcneeslaw.com
ahughey@mcneeslaw.com
*Attorneys for Defendant, PIAA*

Jeffrey P. Garton, Esquire
Begley, Carlin & Mandio, LLP
680 Middletown Boulevard
Langhorne, PA 19047
Jgarton@begleycarlin.com
*Attorney for Defendant, Quakertown Community School District*

Fox Rothschild LLP

By: _____
   Alexis J. Spurlock, Esquire

Dated: March 3, 2025

168970462.1