# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY MAGALENGO on behalf of her daughter, A.M., a minor, | : : : | |
| *Plaintiff,* | : : | |
| v. | : : | Civil Action No. 25-cv-00325-WB |
| UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT, | : : : : : : : : | |
| *Defendants.* | : | |

## ENTRY OF APPEARANCE

Please enter the undersigned's appearance on behalf of the United States Department of Education in the above-captioned matter.

Respectfully submitted,

NELSON S.T. THAYER, JR.
Acting United States Attorney

 *s/ Rebecca S. Melley*
REBECCA S. MELLEY
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8328
Rebecca.melley@usdoj.gov

March 3, 2025

CERTIFICATE OF SERVICE

    I hereby certify that on this day, a true and correct copy of the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the ECF system.

March 3, 2025                          *s/ Rebecca S. Melley*
                                        REBECCA S. MELLEY
                                        Assistant United States Attorney