IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY MAGALENGO on behalf of her daughter, A.M., a minor,<br><br>            Plaintiff<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,<br>            Defendants | :<br>:  Civil Action No. 2:25-cv-00325<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW _____ DAY OF _____, upon consideration of Plaintiff's Motion for Temporary Restraining Order, Defendant Colonial School District's response in opposition to the motion and following a hearing, it is hereby ORDERED that the Motion for Temporary Restraining Order is DENIED.

BY THE COURT:

_____
Wendy Beetlestone,        J.

168743999.1