IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY MAGALENGO on behalf of her daughter, A.M., a minor,<br>　　　　　Plaintiff<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,<br>　　　　　Defendants | :<br>:　Civil Action No. 2:25-cv-00325<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **CERTIFICATE OF SERVICE**

I, Michele Mintz, Esquire, hereby certify that, on this date, I caused the foregoing document to be served electronically through ECF:

Solomon Radner, Esquire
K Altman Law
33228 West 12 Mile Road, Suite 375
Farmington Hill, Michigan, 48334
solomonradner@kaltmanlaw.com

Devon M. Jacob, Esquire
Jacob Litigation, Inc.
P.O. Box 837
Mechanicsburg, PA 17055-0837
djacob@jacoblitigation.com

Dana Chilson, Esquire
Austin Hughey, Esquire
McNees Wallace & Nurick, LLC
100 Pine Street
P.O. Box. 1166
Harrisburg, PA 17108
dchilson@mcneeslaw.com
ahughey@mcneeslaw.com

169007313.1

Rebecca S. Melley, Esquire
Assistant United State Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut St. Suite 1250
Philadelphia, PA 19106
Rebecca.melley@usdoj.gov


Fox Rothschild LLP

By: _____

Dated: March 3, 2025

169007313.1