## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOLLY MAGALENGO on behalf of her daughter, A.M., a minor,**<br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  25-325** |

## ORDER

**AND NOW**, this 4th day of March, 2025, following a hearing regarding Plaintiff's

Motion for a Temporary Restraining Order (ECF No. 15) and all responses thereto (ECF No. 20),

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED** for the reasons set forth on the

record.  It is **FURTHER ORDERED** that the Defendant United States Department of Education

is **HEREBY DISMISSED**.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, J.**