IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOLLY MAGALENGO on behalf of her daughter, A.M., a minor,**<br>　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,**<br>　　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  25-325** |

## NOTICE OF PRELIMINARY PRETRIAL CONFERENCE

The above captioned case is scheduled for a Preliminary Pretrial Conference pursuant to Federal Rule of Civil Procedure 16 (hereinafter the "Rule 16 Conference") in the United States District Court for the Eastern District of Pennsylvania before the Honorable Wendy Beetlestone.  The conference will be held at **11:00A M ON April 9, 2025, VIA ZOOM VIDEO CONFERENCE**

After consultation with counsel for each party, and at least five business days prior to the Conference, counsel shall submit to Chambers the following forms, templates for which are attached to this Notice:

　　(1) Judge Beetlestone's Joint Report of Rule 26(f) Meeting and Proposed Discovery Plan.[1]

---

[1] The Report of Rule 26(f) Meeting and Proposed Discovery Plan should be filed in accordance with the Local Rules of Civil Procedure. (FILED Via ECF)

1

(2) ²The Zoom information for the Conference.

The parties should commence discovery immediately and should not wait until the Rule 16 conference to do so.

The parties shall comply with Judge Beetlestone's Policies and Procedures, which are available at www.paed.uscourts.gov.

Counsel also should come to the Rule 16 Conference prepared to discuss the following issues with the Court:

(1)  What, if any, discovery has transpired in this matter;

(2)  What, if any, settlement discussions have taken place and the current status of negotiations;

(3)  What, if any, motions are pending and their current status; and

(4)  Any other issues pertinent to bring to the Court's attention at that time.

**Lead counsel shall attend the Rule 16 Conference. All participants of the Rule 16 Conference shall have entered their appearance prior to the conference. If a party fails to appear at a scheduled Preliminary Pre-Trial Conference, absent good cause, monetary sanctions will be applied.**

Attachments

---

² **The Zoom Conference information shall be sent to Chambers email address chambers_of_judge_beetlestone@paed.uscourts.gov no later than 5 days prior to conference.**