IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY MAGALENGO, on behalf of her daughter, A.M., a minor,<br>                 Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,<br>                 Defendants | Civil Action No. 2:25-cv-00325 |

**DEFENDANT COLONIAL SCHOOL DISTRICT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)**

Defendant, Colonial School District, by and through its attorneys, Fox Rothschild LLP, respectfully moves this Court to dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its Motion, Colonial School District relies upon the contemporaneously filed Memorandum of Law in Support Motion to Dismiss.

Date: March 28, 2025

FOX ROTHSCHILD LLP

By:_____
Michele Mintz, Esquire
Attorney I.D. #90640
Alexis J. Spurlock, Esquire
Attorney I.D. #322579
980 Jolly Road, Suite 110
Blue Bell, PA 19422-3001
(215) 397-2237
Fax: (215) 397-0450
mmintz@foxrothschild.com
aspurlock@foxrothschild.com
*Attorneys for Colonial School District*