IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOLLY MAGALENGO on behalf of her daughter, A.M., a minor, | : : : |
| Plaintiff | : : : : |
| v. | : NO. 2:25-CV-00325 : |
| UNITED STATES DEPARTMENT OF EDUCATION, PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT, | : : : : JURY TRIAL DEMANDED : : : : |
| Defendants | : |

## **ORDER**

AND NOW this _____ day of _____ 2025, upon consideration of Defendant Pennsylvania Interscholastic Athletic Association, Inc.'s Motion to Dismiss the Complaint filed by Plaintiff Holly Magalengo on behalf of her daughter A.M., a minor, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED. The Complaint is hereby DISMISSED with prejudice.

BY THE COURT:

_____
Wendy Beetlestone, J.