# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOLLY MAGALENGO** on behalf of her daughter, A.M., a minor, *Plaintiff,* v. **PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT,** and **COLONIAL SCHOOL DISTRICT,** *Defendants.* | CASE NO. 2:25-cv-325 |

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PLAINTFF

Counsel for Plaintiff in the above-referenced action hereby notify the Court of Plaintiff's majority status and request substitution of Plaintiff in the above-referenced matter.

Pursuant to Rule 17 of the Federal Rules of Civil Procedure, it is hereby requested that Aislin Magalengo (formerly A.M., a minor), be substituted in place of Holly Magalengo as Plaintiff in this action.

Rule 17, Fed. R. Civ. P., provides that "[a]n action must be prosecuted in the name of the real party in interest." Rule 17(c) provides that a representative may sue

on behalf of a minor. Whether an individual has the capacity to sue is determined by the law of his or her domicile. Fed. R. Civ. P. 17(b). The age of majority in Pennsylvania is eighteen. 23 Pa.C.S. § 5101.

On January 20, 2025, at the inception of this action Aislin Magalengo was a minor. As such, the action was brought through Holly Magalengo, Plaintiff's mother, with consent. Federal Rule of Civil Procedure 17 permits a next friend to sue on behalf of a minor Plaintiff. Fed. R. Civ. P. 17(c)(2). The authority of the next friend expires, however, when the minor plaintiff reaches the age of majority.

Aislin Magalengo reached the age of majority on May 5, 2025. As such, Plaintiffs request that substitution be made removing Holly Magalengo as next friend and naming Aislin Magalengo as Plaintiff.

Dated: May 6, 2025

Respectfully Submitted,

/s/ Solomon Radner
Solomon Radner, Esq. (*pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
solomonradner@kaltmanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered parties to this action.

/s/ *Solomon Radner*
