

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

May 28, 2025

**VIA ECF**
The Honorable Wendy Beetlestone
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1797

    **RE:  Aislin Magalengo v. Quakertown Community School District, et. al.; U.S. District Court, Eastern District of Pennsylvania; No. 2025-cv-00325**

Dear Honorable Beetlestone:

    Plaintiff requests an extension of time to respond to the Defendants' pending Motions to Dismiss.

    There are currently Motions to Dismiss pending from all Defendants with deadlines for Plaintiff to respond by Tuesday, June 3, 2025.

    Defendant Quakertown Community School District's Motion to Dismiss Plaintiff's Amended Complaint was filed May 20, 2025. [ECF 037].

    Defendant Pennsylvania Interscholastic Athletic Association, Inc.'s Motion to Dismiss Amended Complaint Pursuant to Rule 12(B)(6) was filed on May 20, 2025. [ECF 038].

    Defendant Colonial School District's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(b)(6) was filed on May 20, 2025. [ECF 039].

    Mr. Radner will be out of the office in observance of the Jewish holiday of Shavuot from June 1-3, 2025. As such, Plaintiff requests a one-week extension of time to respond to the pending motions on or before June 10, 2025.

Plaintiff sought concurrence in the one-week extension request via email correspondence on May 28, 2025 from Defendants. All Defendants have provided concurrence in the request for an extension request

Thank you for your time and consideration of this request.

                                                          Respectfully,

                                                          */s/ Solomon M. Radner*
                                                          Solomon Radner, Esq.


Cc: All Counsel via ECF