IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY MAGALENGO on behalf of herself | : : : | Civil Action |
| v. | : : | |
| UNITED STATES DEPARTMENT OF | : : | No.: 2:25-CV-00325 |

ORDER

AND NOW, this _____ day of June 20 25, it is hereby

ORDERED that the application of Keith Altman_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:25-cv-00325

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Keith Altman**, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Michigan | 2008 | P81702 |
| California | 2017 | 257309 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Western Michigan | 2008 | P81702 |
| Eastern Michigan | 2008 | P81702 |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

**Keith Altman** (Digitally signed by Keith Altman, Date: 2025.06.09 15:38:32 -04'00')
(Applicant's Signature)

06/10/2025
(Date)

Name of Applicant's Firm: The Law Office of Keith Altman
Address: 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48334
Telephone Number: 248-987-8929
Email Address: keithaltman@kaltmanlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/10/2025
(Date)

**Keith Altman** (Digitally signed by Keith Altman, Date: 2025.06.09 15:38:10 -04'00')
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Keith Altman to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Devon M. Jacob | Devon M. Jacob (Digitally signed by Devon M. Jacob, Date: 2025.06.10 09:21:36 -04'00') | 11/15/2005 | 89182 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Jacob Litigation Inc

PO Box 837

Mechanicsburg, PA 17055-0837

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/10/2025                     Devon M. Jacob (Digitally signed by Devon M. Jacob, Date: 2025.06.10 09:21:46 -04'00')
           (Date)                                                    (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HOLLY MAGALENGO on b. : Civil Action
: 
v. :
:
UNITED STATES DEPART. : No.: 2:25-cv-00325

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Keith Altman__,
Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed
Order which, if granted, would permit such practice in this court was served as follows:

Filing pleadings and court document, and appearing at hearings and trial.

_Keith Altman_ Digitally signed by Keith Altman
Date: 2025.06.23 10:43:51 -04'00'
_____
(Signature of Attorney)

Keith Altman
_____
(Name of Attorney)

_____
(Name of Moving Party)

06/23/2025
_____
(Date)