IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AISLIN MAGALENGO,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  25-325 |

## ORDER

**AND NOW**, this 1st day of August, 2025, upon consideration of Defendant Pennsylvania Interscholastic Athletic Association, Inc.'s ("PIAA") Motion to Dismiss (ECF Nos. 38 & 45), Defendant Quakertown Community School District's ("Quakertown") Motion to Dismiss (ECF Nos. 37 & 44), Defendant Colonial School District's ("Colonial") Motion to Dismiss (ECF No. 39), and all responses thereto (ECF Nos. 41, 42, & 43), **IT IS HEREBY ORDERED** that Defendants' Motions are **GRANTED** as follows:

1. Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** as to her Title IX claims against PIAA and Colonial.

2. Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** as to her Title IX claim against Quakertown, insofar as it is premised on transgender girls' participation in athletics.

3. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to her Title IX claim against Quakertown, insofar as it is premised on transgender girls using girls' bathrooms and locker rooms.

4. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to any requests for punitive damages under Title IX.

5. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to her claims brought against all Defendants under 42 U.S.C. § 1983.

                                      **BY THE COURT:**

                                      ___/s/ Wendy Beetlestone_____
                                      **WENDY BEETLESTONE, J.**