UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AISLIN MAGALENGO,** *Plaintiff,* v. **PENNSYVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,** *Defendants.* | CASE NO. 2:25-cv-00325 |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that AISLIN MAGALENGO, Plaintiff in the above-referenced matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order and Judgment entered on August 1, 2025.

Dated: August 29, 2025          Respectfully submitted,

/s/ Solomon Radner
Solomon Radner, Esq.
THE LAW OFFICE OF KEITH ALTMAN
17515 Nine Mile Road, Suite
Southfield, MI 48075
Telephone: (248) 987-8929
solomonradner@kaltmanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered parties to this action.

/s/ *Solomon Radner*