IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AISLIN MAGALENGO,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC., QUAKERTOWN COMMUNITY SCHOOL DISTRICT, and COLONIAL SCHOOL DISTRICT,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  25-325** |

## O R D E R

**AND NOW**, this 19th day of September, 2025,

**WHEREAS** on August 1, 2025, the Court issued an Opinion and accompanying Order (ECF Nos. 50-51) dismissing Plaintiff's Amended Complaint;

**WHEREAS** certain of Plaintiff's claims were dismissed without prejudice, while her remaining claims were dismissed with prejudice;

**WHEREAS** on August 29, 2025, Plaintiff filed a Notice of Appeal (ECF No. 52) to the United States Court of Appeals for the Third Circuit;

**WHEREAS** an order dismissing portions of a complaint without prejudice is not a "final decision" for purposes of filing an appeal pursuant to 28 U.S.C. § 1291, because a plaintiff may cure any deficiencies and refile the complaint, *Welch v. Folsom*, 925 F.2d 666, 668 (3d Cir. 1991) (citations omitted);

**WHEREAS** a plaintiff can decline the opportunity to amend and instead "elect[] to stand on the dismissed complaint," thereby permitting entry of a final order, *id.* (citations omitted);

**WHEREAS** on September 5, 2025, Plaintiff filed a Notice of No Intent to Amend (ECF No. 54) her dismissed complaint;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Final Judgment (ECF No. 55) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ Wendy Beetlestone

**WENDY BEETLESTONE, C.J.**